JOE WILLIAM LINDSEY, JR
103 CR 3913
PAULDING, MS 39348

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AMERICAN CREDIT ACCEPT
ATTN: BANKRUPTCY
961 E MAIN ST, FL 2
SPARTANBURG,, SC 29302

CRYSTAL MOORE
291 SALLY GRAY RD
WAYNESBORO, MS 39367

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY ST STE 3500
FORT WORTH, TX 76102

HEIGHTS FINANCIAL
P.O.BOX 1947
GREENVILLE, SC 29602

MISSION LANE
PO BOX 105286
ATLANTA, GA 30348

OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402

REPUBLIC FINANCE
600 HIGHWAY 15 N
LAUREL, MS 39440

SECURITY CREDIT SERVIC
PO BOX 1156
OXFORD, MS 38655

SOUTH CENTRAL REGIONAL
P.O. BOX 607
LAUREL, MS 39441

SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

TEKCOLLECT INC
ATTN: BANKRUPTCY
PO BOX 1269
COLUMBUS, OH 43216

WORLD FINANCE
PO BOX 6429
GREENVILLE, SC 29607